# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATE MCKINLEY<br>    Plaintiff<br>v.<br><br>PRINCETON UNIVERSITY<br>    Defendants | :  Civil Action<br>:<br>:  No. 3:22-cv-5069-MAS-TJB<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANT, THE TRUSTEES OF PRINCETON UNIVERSITY'S
### NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that Defendant, The Trustees of Princeton University will move before the Honorable Michael A. Shipp, U.S.D.J. on October 17, 2022 for an Order granting Defendant's Motion to Dismiss Plaintiff's Complaint.

In support of Defendant's motion, we will rely on the attached motion, brief, and exhibit.

Respectfully submitted,

**TUCKER LAW GROUP, LLC**

Dated: September 20, 2022

/s/ Leslie Miller Greenspan
Leslie Miller Greenspan, Esquire
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 875-0609
*Attorneys for Defendant,*
*The Trustees of Princeton University*

## **CERTIFICATE OF SERVICE**

    I, Leslie Miller Greenspan, Esquire, hereby certify that a copy of the foregoing Defendant, The Trustees of Princeton University's Motion to Dismiss Plaintiff's Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                             **TUCKER LAW GROUP, LLC**

Dated: <u>September 20, 2022</u>               <u>/s/ Leslie Miller Greenspan</u>
                                                  Leslie Miller Greenspan, Esquire