John M. Vlasac, Jr.♦
Boris Shmaruk*
David E. Cassidy¥

Yelena Kofman-Delgado
Ryan P. Getz
Ilona Shmaruk
James W. Sutton, III†°
Stavros E. Sitinas^°
Damian L. Albergo•°

E-mail: dcassidy@vslaws.com





♦ Certified by the Supreme
Court of New Jersey as a
Civil Trial Attorney
* Admitted in NJ, NY and
the District of Columbia
¥ Admitted in NJ, NY and PA
• Admitted in NJ and NY
† Admitted in NJ and PA
^ Admitted in NY
° Of Counsel

September 30, 2022

**_(Via ECF)_**
The Honorable Michael A. Shipp
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

   **Re:**    **McKinley v. Princeton University**
   **Docket No.:**  **3:22-cv-05069**

Dear Judge Shipp:

   Please be advised that this office represents the Plaintiff in the above referenced matter. There is currently Defendant's Notice of Motion to Dismiss pending before Your Honor returnable October 17, 2022.

   With the consent of Defense counsel, Plaintiff kindly requests that the pending motion be carried one-cycle.

   Thank you for your attention and consideration in this matter.

     Respectfully submitted,

     __/s/ David E. Cassidy, Esq.____
     DAVID E. CASSIDY, ESQ.

cc: Leslie Miller Greenspan, Esq. (via e-filing)

**www.vslaws.com**

*Please reply to this address*
485B Route 1 South, Suite 120
Iselin, NJ 08830
Phone: 732.494.3600
Fax: 732.494.3601

1989 Arena Drive
Hamilton, NJ 08610
Phone: 609.599.3400
Fax: 609.585.5819

•°15 Warren Street, Suite 36
Hackensack, NJ 07601
Phone: 201.354.4999
Fax: 201.351.0402

†°1014 Mill Creek Drive
Feasterville, PA 19053
Phone: 215.364.7900
Fax: 215.355.3204

^°444 Madison Avenue
4th Floor
New York, NY 10022
Phone: 212.539.1800
Fax: 732.494.3601