# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KATE MCKINLEY, | : | Civil Action |
|       Plaintiff, | : | |
|       v. | : | No. 3:22-cv-5069 |
| | : | |
| PRINCETON UNIVERSITY, et al. | : | |
| | : | |
|       Defendants. | : | |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, The Trustees Princeton University in the above-captioned matter.

          Respectfully submitted,

          **TUCKER LAW GROUP, LLC**

Dated:  January 9, 2023     /s/ Dimitrios Mavroudis
          Leslie Miller Greenspan, Esquire
          Dimitrios Mavroudis, Esquire
          Ten Penn Center
          1801 Market Street, Suite 2500
          Philadelphia, PA 19103
          (215) 875-0609
          *Attorneys for Defendant,*
          *The Trustees of Princeton University*

## CERTIFICATE OF SERVICE

I, Dimitrios Mavroudis, Esquire, hereby certify that a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Respectfully submitted,

**TUCKER LAW GROUP, LLC**

Dated:  January 9, 2023

/s/ Dimitrios Mavroudis
Leslie Miller Greenspan, Esquire
Dimitrios Mavroudis, Esquire
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 875-0609
*Attorneys for Defendant,*
*The Trustees of Princeton University*