UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KATE MCKINLEY,

    Plaintiff,

v.

PRINCETON UNIVERSITY *et al.*,

    Defendants.

Civil Action No. 22-5069 (MAS) (TJB)

**ORDER**

This matter comes before the Court upon Defendant Princeton University's ("Defendant") Motion to Dismiss Plaintiff Kate McKinley's ("Plaintiff") Complaint. (ECF No. 3.) Plaintiff opposed (ECF No. 6), and Defendant replied (ECF No. 7). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS**, on this 28th day of April 2023, **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 3) is **GRANTED.**

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk of the Court shall administratively terminate the case.

4. Plaintiff may file an amended complaint consistent with the Court's Memorandum Opinion within thirty (30) days of this Order's filing. Upon the filing of an amended complaint, the Clerk of the Court shall reopen the case.

                                                                           MICHAEL A. SHIPP
                                                                           UNITED STATES DISTRICT JUDGE