**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KATE MCKINLEY,

               Plaintiff,

            v.

PRINCETON UNIVERSITY *et al.*,

               Defendants.

Civil Action No. 22-5069 (MAS) (TJB)

**ORDER**

     This matter comes before the Court on a Motion to Dismiss filed by Defendant Princeton University ("Defendant") pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 12.) The Court has carefully considered the parties' submissions and decides the Motion without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion and other good cause shown,

     **IT IS**, on this ____ 1st ___ day of ~~November~~ *December* 2023,

1. Defendant's Motion to Dismiss is **GRANTED**, and Plaintiff's Amended Complaint (ECF No. 11) is **DISMISSED** with prejudice;

2. The Clerk of Court shall close this case.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**